UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Barry Britt, | ) C/A No. 2:15-CV-4481-CMC-BM |
| | ) |
| Plaintiff, | ) |
| | ) **ANSWERS TO LOCAL RULE 26.01** |
| Versus | ) **INTERROGATORIES** |
| | ) |
| City of North Charleston, | ) |
| Defendant. | ) |

Pursuant to Rule 26.01 of the Local Civil Rules for the United States District Court, District of South Carolina, Defendant, City of North Charleston ("the Defendant"), by its undersigned attorneys, makes the following answers to Court ordered Interrogatories:

(A)   State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**   **Upon information and belief, none.**

(B)   As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**   **The Defendant requests a jury trial on all claims.**

(C)   State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**   **Not Applicable to the Defendant.**

(D)   State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See Local Civil Rule 3.01.*

**ANSWER:** The alleged acts occurred in the City of North Charleston, South Carolina, which is located in Charleston County. The allegations involve alleged civil rights' violations and the case is being removed based on Federal Question jurisdiction.

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** Upon information and belief, this action is not related to any other matter filed in this District.

(F) If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** Subject to all affirmative defenses raised, and without waiving these defenses, the Defendant is properly identified.

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:** The Defendant makes no such contention at this time.

The Defendant specifically reserves the right to supplement and/or change its Answers to these Interrogatories as discovery progresses in this case.

> HOOD LAW FIRM, LLC
> 172 Meeting Street / P.O. Box 1508
> Charleston, SC  29402
> Phone: (843) 577-4435
> Email: Info@hoodlaw.com
>
> **s/ Elloree A. Ganes**
> _____
> Robert H. Hood (1939)
> Elloree A. Ganes (9022)
> Ben H. Joyce (11769)
>
> Attorneys for the Defendant
> City of North Charleston

**November 4, 2015**
Charleston, South Carolina