

ELLOREE A. GANES
*Partner*
**DIRECT DIAL**: (843) 577-1208
**E-MAIL**: Elloree.Ganes@hoodlaw.com

April 19, 2016

*<u>Via E-Filing</u>*
The Honorable Cameron McGowan Currie
Senior U.S. District Judge
901 Richland Street
Columbia, SC 29201

    Re:    Barry Britt v. City of North Charleston
            USDC C/A No. 2:15-cv-04481-CMC-BM
            HLF File No. 1.243

Dear Judge Currie:

    I write to advise that the parties have reached a settlement in this case. If you have any questions, please do not hesitate to contact me.

    Kind personal regards,

                Yours truly,

                **s/ Elloree A. Ganes**

                Elloree A. Ganes

EAG/mdh
cc:    Cameron L. Marshall, Esquire [*Via E-Filing*]

172 Meeting Street, Charleston, SC  29401
*Phone: (843) 577-4435  •  Fax: (843) 722-1630  •  Email: Info@hoodlaw.com*
www.hoodlaw.com